UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 OCT 29 AM 9: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No.: '07 MJ 2506 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Luis Armando ROBLES-Valenzuela** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **May 25, 2007**, within the Southern District of California, defendant, **Luis Armando ROBLES-Valenzuela**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Gregory M. Harrison, Immigration &
Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS ~~**24th**~~ 29 DAY OF **October 2007.**

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: ROBLES-Valenzuela, Luis Armando

**PROBABLE CAUSE STATEMENT**

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

I, Deportation Officer Gregory M. Harrison, declare under penalty of perjury, the following is true and correct:

On Friday, May 25, 2007, the defendant identified as Luis Armando ROBLES-Valenzuela was arrested by Officer M. Rich (#2814) of the San Diego Harbor Police for "VIOLATION OF PAROLE" and booked into county jail. Subsequently, on Saturday, May 26, 2007, Immigration Enforcement Agent Oscar Galvan determined the defendant to be a citizen of Mexico and placed an immigration detainer pending his release.

On Monday, October 22, 2007, at approximately 8:15 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory M. Harrison conducted official record checks in regards to the defendant, which indicated that he was a citizen of Mexico and had been previously deported, excluded or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was ordered removed from the United States by an Immigration Judge on January 22, 2007 and physically removed to Mexico on or about January 23, 2007 via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Luis Armando ROBLES-Valenzuela, a citizen and national of Mexico.

Based upon the foregoing information, there is probable cause to believe that Luis Armando ROBLES-Valenzuela has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.

Executed on **October 22, 2007 at 3:45 p.m.**

Gregory M. Harrison D.O. 6023
Gregory M. Harrison, Immigration &
Customs Enforcement, Deportation Officer

On the basis of the facts presented in the probable cause statement consisting of **02** pages, I find probable cause to believe that the defendant, named in this probable cause statement, committed the offense on **May 25, 2007** in violation of Title 8, United States Code, Section 1326.

Nita Stormes
United States Magistrate Judge

10/23/2007 at 11:09 a.m.
Date/Time

CPRS1326